```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff(s),

        -against-

Kirk Lawrence,

                Defendant(s).

24-CR-0237 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Plea Hearing is scheduled for May 14, 2024, at 3:00 p.m. in Courtroom 906, 40 Foley Square, New York, NY 10007.

Dated:  May 6, 2024
            New York, New York

                                              SO ORDERED.

                                              MARGARET M. GARNETT
                                              United States District Judge