USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff(s),

-against-

Kirk Lawrence,

                Defendant(s).

24-CR-0237 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    In light of Defendant's guilty plea entered on May 14, 2024, the status conference scheduled for July 2, 2024, and the accompanying briefing schedule are hereby adjourned sine die.

Dated: May 15, 2024
       New York, New York

                                SO ORDERED.

                                MARGARET M. GARNETT
                                United States District Judge